**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT COVINGTON**

**CIVIL ACTION NO. 26-19-DLB-CJS**

**FIRST AMERICAN TITLE INSURANCE COMPANY** **PLAINTIFF**

**v.** **JUDGMENT**

**REGIONS BANK and BANKUNITED, N.A.** **DEFENDANTS**

*** *** *** *** *** ***

Consistent with the Memorandum Opinion and Order entered contemporaneously today, and pursuant to Rule 58 of the Federal Rules of Civil Procedure,

**IT IS ORDERED and ADJUDGED** as follows:

(1) **JUDGMENT** is entered **in favor of Defendants Regions Bank and BankUnited N.A.** on all counts of Plaintiff First American Title Insurance Company's First Amended Complaint (Doc. # 10);

(2) This matter is hereby **STRICKEN** from the Court's active docket; and

(3) This is a **FINAL and APPEALABLE** Order, and no just cause for delay exists.

This 21st day of August, 2026.

Signed By:
*David L. Bunning* DB
Chief United States District Judge

G:\Judge-DLB\DATA\ORDERS\Cov2026\26-19 Judgment.docx